# LAW OFFICES
# CHRISTOPHER MADIOU

WOOLWORTH BUILDING
233 BROADWAY – SUITE 2208
NEW YORK, NY 10279

WWW.MADIOULAW.COM

P (917) 408 6484
F (212) 571 5119
CHRIS@MADIOULAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/16/2019

December 10, 2019

The Honorable Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
*By ECF*

Re: *United States v. Dimitrius Simmons*, 19 Cr. 58 (LGS)

Dear Judge Schofield,

I write with consent of the government to request a 30-day adjournment of Mr. Simmons' sentencing hearing, currently scheduled for January 14, 2020 at 11:00am.

On August 15, 2019, Your Honor approved our request to have Jenny Crawford, LMSW, appointed to assist in my representation of Mr. Simmons at sentencing. Ms. Crawford has been working with Mr. Simmons since then. This week, while interviewing family members in advance of sentencing, Ms. Crawford discovered that Mr. Simmons had an Individualized Education Plan while he attended school. Counsel has subpoenaed those education records, which will inform Ms. Crawford's analysis and final report. The requested time will allow for Ms. Crawford to finish her forensic report and for counsel to finalize Mr. Simmons' sentencing submission to the Court.

Therefore, it is respectfully requested that the Court adjourn Mr. Simmons' sentencing 30 days from January 14, 2020. Again, the government, through AUSA Christopher Clore, consents to this application.

Respectfully submitted,

Christopher Madiou
*Counsel for Dimitrius Simmons*

CC: All counsel via ECF

Application GRANTED. The sentencing hearing of Mr. Simmons currently scheduled for January 14, 2020, is hereby adjourned until March 26, 2020, at 11:00 a.m. Defendant's pre-sentencing submission shall be filed by March 17, 2020. The Government's pre-sentencing submission, if any, shall be filed by March 20, 2020.

Dated: December 16, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE