LAW OFFICES
# CHRISTOPHER MADIOU

| | |
|---|---|
| WOOLWORTH BUILDING | P  (917) 408 - 6484 |
| 233 BROADWAY – SUITE 2208 | F  (212) 571 - 9149 |
| NEW YORK, NY 10279 | CHRIS@MADIOULAW.COM |

WWW.MADIOULAW.COM

June 4, 2020

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

*Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 109.*

*Dated: June 4, 2020*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Bail modification - *U.S. v. Dimitrius Simmons*, 19 Cr. 58 (LGS)

Dear Judge Schofield,

    I represent Dimitrius Simmons in the above-captioned case. Mr. Simmons is currently released on bail with curfew conditions enforced by location monitoring. I am informed that Mr. Simmons is in full compliance and has been reporting to Pretrial with absolutely no issues.

    I am writing to respectfully request that Mr. Simmons' bail conditions be modified so that he is no longer subject to a curfew enforced by electronic location monitoring. All other conditions of his release will remain in place.

    I have discussed this application with Pretrial Officer Mohammed Ahmed, who has no objection; the government, through AUSA Christopher Clore, defers to Pretrial.

    Thank you for your consideration.

Sincerely,

Christopher Madiou

Cc:    AUSA Christopher Clore (via ECF and email)
        U.S. Pretrial Services Officer Mohammed Ahmed (via email)