UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                      :

UNITED STATES OF AMERICA,          :

                   Plaintiff,   :

                                  :         19 Cr. 58-02 (LGS)

          -against-          :

                                  :          ORDER

DIMITRIUS SIMMONS,           :

                 Defendant,  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS Defendant Dimitrius Simmons' sentencing hearing is currently scheduled for

June 17, 2021.  It is hereby

      **ORDERED** that the sentencing hearing is adjourned to **June 22, 2021 at 4:15 p.m**. and

will be held in courtroom 318 of the Thurgood Marshall Courthouse, 40 Foley Square, New

York, New York 10007.

Dated: June 15, 2021
       New York, New York

                                        **LORNA G. SCHOFIELD**
                           **UNITED STATES DISTRICT JUDGE**