# CHRISTOPHER MADIOU

50 BROAD STREET                                               P  (917) 408 - 6484
SUITE 1609                                                    F  (212) 571 - 9149
NEW YORK, NY 10004                                       CHRIS@MADIOULAW.COM

WWW.MADIOULAW.COM

October 21, 2021

Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application Granted.  The Clerk of the Court is directed to terminate the letter motion at docket number 137.
>
> Dated: November 1, 2021
> New York, New York
>
> *Lorna G. Schofield*
> **UNITED STATES DISTRICT JUDGE**

Re:   Request for modification of probation conditions
      *U.S. v. Dimitrius Simmons*, 19 Cr. 58 (LGS)

Dear Judge Schofield,

I represent Dimitrius Simmons in the above-captioned case. Mr. Simmons is currently on probation after being sentenced by Your Honor on June 22, 2021.

I am writing at the suggestion of the U.S. Probation department and with the consent from the government to modify Mr. Simmons probation conditions. Specifically, we respectfully request that the Court waive the six-month outpatient substance abuse treatment mandate as Mr. Simmons has been consistently testing negative since his release. Of course, should he test positive for marijuana or any other illicit substance during the term of supervision, he will be immediately referred for substance abuse treatment services.

Additionally, in September 2021, Mr. Simmons was offered an opportunity to participate in RISE Court 2 (Reentry through Intensive Supervision and Employment), a reentry program overseen by United States Magistrate Judge James L. Cott. RISE Court, which commenced in January 2019, is a reentry program aimed at reducing recidivism by providing moderate and high-risk individuals with an intensive level of supervision as they reintegrate back into the community. RISE is an intensive 52-week judicially supervised program which primarily focuses on assisting supervisees with employment, educational, and vocational services. RISE Court, which uses a team approach, including representatives from the U.S. Attorney's Office and Federal Defenders, provides program participants with individualized tools, resources, and legal assistance as they navigate through the reentry process. In addition to receiving these services, program participants are required to completed 12 sessions of weekly Cognitive Behavioral Therapy (CBT) counseling.  Mr. Simmons also recently took the GED placement test and is scheduled to begin classes in January 2022.

Again, Probation and the government have no objection to waiving the six-month outpatient substance abuse treatment condition given Mr. Simmons' progress and participation in the RISE program.

Thank you for your consideration.

          Sincerely,

          Christopher Madiou

Cc:    AUSA Christopher Clore (via ECF and email)
        U.S. Probation Officer lauren Blackford (via email)